# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: JEROME JULIUS BROWN, SR., <br><br> Respondent. | CASE NO. MC19-0161-RSM <br><br> ORDER RE: PROPOSED COMPLAINT |

This matter comes before the Court on a proposed complaint filed by Respondent, accompanied by an application to proceed in forma pauperis ("IFP") and a civil cover sheet. Dkt. #25.

Respondent is currently under a Vexatious Litigant Bar Order entered on December 11, 2019. Dkt. #1. Pursuant to the Bar Order, all of Plaintiff's pro se complaints in this district are filed under this miscellaneous case number. The Bar Order states as follows:

> All of Plaintiff's prior actions that have been reviewed by the Court have resulted in dismissals for failure to state a claim upon which relief may be granted and for frivolousness. . . . In each action, Plaintiff filed a complaint that fell well short of meeting basic notice pleading requirements under Federal Rule of Civil Procedure 8, and otherwise violated 28 U.S.C. § 1915(e)(2)(B).

*Id.* at 5. The Bar Order provides that "the Court may dismiss any future pro se complaint upon a finding that the complaint suffers from the same effects outlined above without issuing an order to show cause." *Id.* at 6. For the reasons set forth below, the Court finds that Respondent's latest filings fall well short of meeting basic notice pleading requirements under Fed. R. Civ. P. 8 and

ORDER RE: PROPOSED COMPLAINT – 1

are properly dismissed for failure to state a claim and/or for frivolousness under 28 U.S.C. § 1915(e)(2)(B).

Respondent brings a complaint for conversion of property against the Attorney General of Maryland, Brian E. Frosh; State of Maryland Judge, Patricia Mitchell; Maryland Chief of Police, Marcus Jones; and President of Southern Maryland Hospital, Christine Wray. Dkt. #25-1. Although Respondent submitted the filing, the named plaintiff in this action is "Mrs. Constance Brown-Gibson Wife." *Id.* at 1. The proposed complaint is difficult to decipher and states "no jurisdiction Montgomery County Administration and Justice, Policy Dept. Sheriffs Dept. District Court, Circuit Courts, Procedural Default, in name Jerome Brown" under basis for Jurisdiction. *Id.* at 3. The statement of claim provides a description of a living unit, *id.* at 5, and attaches real property data search reports. *Id.* at 10-15, Dkts. #26, #27. It does not appear to allege any viable claims or basis for jurisdiction and venue in this court.

Respondent's latest filings suffer from the same defects as his prior actions as outlined in his Bar Order. *See* Dkt. #1 at 5-6. The Court therefore denies his application to proceed IFP and dismisses his complaint, Dkt. #25. The Clerk shall provide copies of this order to Respondent.

Dated this 12th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE: PROPOSED COMPLAINT – 2